UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED EUGENE SHALLOWHORN, CDCR #P-13049,<br><br>                              Plaintiff,<br><br>        vs.<br><br><br>HOPPER, et al.,<br><br>                              Defendants. | Case No.:  3:25-cv-00222-RBM-MMP<br><br>**ORDER DISMISSING FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROCECUTE** |

On January 29, 2025, Plaintiff Alfred Eugene Shallowhorn, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  (Doc. 1.) This case was initially dismissed without prejudice for failure to pay the civil filing fee or file a motion to proceed in forma pauperis ("IFP").  (Doc. 2.)  Plaintiff subsequently filed a motion to proceed IFP.  (Doc. 3.)  On May 27, 2025, the Court granted Plaintiff leave to proceed IFP and dismissed his complaint without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1) for failure to state a claim.  (Doc. 4.)  Following an extension of time, Plaintiff filed a First Amended Complaint on September 22, 2025. (Doc. 9.)  On December 5, 2025, the Court dismissed the First Amended Complaint without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1) for failure to state a

1

claim and granted Plaintiff leave to file a Second Amended Complaint on or before January 5, 2026.  (Doc. 10 at 11.)  Plaintiff was informed that if he failed to timely amend, the Court would dismiss this action for failure to state a claim and failure to prosecute.  (*Id*. at 12 (citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.")).)  To date, over four months after the Court dismissed the First Amended Complaint and over three months after an amended complaint was due, Plaintiff has not filed a Second Amended Complaint or sought an extension of time.

Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute.  The Clerk of Court shall enter final judgment accordingly and close the file.

**IT IS SO ORDERED**.

Dated:  April 14, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

25-cv-00222-RBM-MMP